UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NIHAD YOUNAN,

        Plaintiff,

Case No.   11-13881

HONORABLE AVERN COHN

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on November 7, 2012 judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: November 7, 2012    By: s/Julie Owens
        Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 7, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160